## State Board of Chiropractic Examiners *v.* Life Fellowship of Pennsylvania, Appellant.

Argued March 10, 1969. *Jerome H. Gerber,* with him *Handler, Gerber and Widmer,* for appellant; *Marvin I. Block,* Assistant Attorney General, for appellee.

Order affirmed.

April 16, 1969

## Commonwealth *v.* Rivera, Appellant.

Before MEYER, J.

Argued March 20, 1969. *Allen H. Krause,* for appellant; *Joseph C. Mesics,* Assistant District Attorney, and *Alvin B. Lewis, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order suspending sentence and the judgment of sentence are vacated and the record is remanded with direction that the appellant be resentenced in accordance with law.